
OAO91 (Rev. 12/03) Criminal Complaint

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JUL 01 2013
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____ Middle _____ DISTRICT OF _____ Tennessee _____

UNITED STATES OF AMERICA
V.

JAMES DARNELL BELL

**CRIMINAL COMPLAINT**

Case Number: 13-mj-1043

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 27, 2013__ in __Rutherford__ County, in
(Date)
the __Middle__ District of __Tennessee__ defendant(s) did,

(Track Statutory Language of Offense)
by force and violence, and by intimidation, did take from the person and presence of another, to-wit: an employee of the Bank of America, 120 East Main Street, Murfreesboro, Tennessee, United States currency belonging to, and in the care, custody, control, management, and possession of the Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__ .

I further state that I am a(n) __FBI, Task Force Officer__ and that this complaint is based on the
Official Title
following facts:

See attached Statement in Support of Criminal Complaint incorporated herein.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Darren Barnes, FBI TFO
Printed Name of Complainant

Sworn to before me and signed in my presence,

7/1/2013 _____ at __ Nashville, Tennessee _____
Date                                                                                      City                                State

JULIET E. GRIFFIN                U.S. MAGISTRATE JUDGE             _____
Name of Judge                    Title of Judge                                    Signature of Judge

**STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Darren J. Barnes, being first duly sworn on oath, state as follows:

1. I have been in law enforcement for over twenty (20) years. I am currently a detective with the Franklin Police Department ("FPD") assigned to the Federal Bureau of Investigation ("FBI") Violent Crime and Gang Task Force ("VCGTF") in Nashville, Tennessee. I am also currently deputized as a Special Federal Officer/Special Deputy United States Marshal. One of duties is to investigate bank robberies and related matters in violation of Title 18, United States Code, Section 2113, occurring in the Middle District of Tennessee.

2. This affidavit is submitted in support of a criminal complaint for the arrest of James Darnell BELL for the offense of bank robbery in violation of Title 18, United States Code, Section 2113(a). Specifically, on or about June 27, 2013, in the Middle District of Tennessee, BELL, by force and violence, and by intimidation, did take from the person or presence of another, to wit: an employee of BANK OF AMERICA, located at 120 East Main Street, Murfreesboro, Tennessee, approximately $1741.00 in United States currency belonging to, and in the care, custody, control, management, or possession, of BANK OF AMERICA, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC").

3. The following information contained in this affidavit is based on my training and experience, my personal participation in this investigation and information provided to me by other law enforcement officials and witnesses. Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of James Darnell BELL.

4. On or about June 27, 2013, at approximately 2:40 p.m., an unknown African American male, later identified as James Darnell BELL ("BELL"), who was wearing a red polo type shirt, white under shirt, eyeglasses, and dark-colored ball cap with a "C" insignia on the front, entered the BANK OF AMERICA, 120 East Main Street, Murfreesboro, Rutherford County, Tennessee. BELL walked to the bank teller counter and presented the victim teller with two small brown paper lunch bags and a demand note that, according to the teller, contained words to effect of, "Robbery. No dye packs or transmitters or you will die." The victim teller initially thought the demand note was a joke and looked at BELL. BELL then looked at the victim teller and said, "Robbery!" The victim teller, now realizing that a robbery was occurring, in fear for her safety, gave an unknown amount of United States currency to BELL. After receiving the money, BELL left the bank on foot.

5. Following the bank robbery, an audit was conducted by Bank of America employees. According to the audit, the amount of United States currency unlawfully taken during the bank robbery was $1,741.00. At the time of the bank robbery, the deposits of Bank of America were insured by the Federal Deposit Insurance Corporation (FDIC).

6. As part of the bank robbery investigation, surveillance images of the bank robber were sent out to other officers and agents of the Murfreesboro Police Department ("MPD") and Federal Bureau of Investigation Violent Crime Task Force. An MPD officer recognized the bank robber as a subject who had threatened suicide a couple of weeks before and who was also listed on the

sex offender registry. Based on that information, investigators conducted a database inquiry of the Tennessee Bureau of Investigation's Sex Offender Registry. During the inquiry, a photograph of BELL was found and that photograph was compared by investigators to the subject in the bank robbery surveillance image. The subject in the surveillance image and BELL appeared to be one and the same person.

7. After learning that BELL was on probation with the State of Tennessee, investigators contacted a State of Tennessee Probation Officer who was familiar with BELL. As soon as the probation officer viewed the surveillance images of the bank robber, the officer identified the robber as BELL.

8. Meanwhile, during a cursory search of the area around Bank of America, MPD investigators discovered a red polo-type shirt and a dark-colored ball cap with a "C" insignia on the front in a trash can behind a business - Eyes On You Salon, 117 South Church Street, Murfreesboro, Tennessee. MPD investigators made contact with Witness #1, who is employed at the aforementioned Eyes On You Salon. As a MPD investigator opened his notebook, Witness #1 noticed the name "James Darnell Bell" written inside. Witness #1 explained to the MPD investigator that James Darnell BELL was her uncle and was suppose to visit her shop for a haircut that day, but never showed up. Investigators showed witness #1 the surveillance image of the Bank of America bank robber, and Witness #1 identified BELL as the bank robber.

9. Investigators also showed two additional family members of BELL a bank surveillance image of the robber. Both family members identified BELL as the robber.

10. On June 28, 2013, investigators located BELL and arrested him on an outstanding state probation violation warrant from Rutherford County. Investigators advised BELL of his *Miranda* rights, which he waived, and was questioned about the bank robbery. BELL, in substance, admitted to committing the referenced robbery of Bank of America.

11. Based upon the information contained herein, your affiant submits that probable cause exists that JAMES Darnell BELL has committed bank robbery, in violation of Title 18, United States Code, Section 2113(a).

Further affiant sayeth not.

_____
DARREN J. BARNES
Task Force Officer, Federal Bureau of Investigation


Sworn to and subscribed before me this /5I day of July, 2013.

_____
JULIET GRIFFIN
United States Magistrate Judge